B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Marie L. Carr                   Case No. 11 B 02377
    Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ 74.75    on or before February 22, 2011

   $ 74.75    on or before March 22, 2011

   $ 74.75    on or before April 21, 2011

   $ 74.75    on or before May 20, 2011

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ : AM/PM at _____.
                                                    (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: February 7, 2011

/s/ Pamela S. Hollis
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:    11 B 02377
Case Name:      Marie L. Carr

I, Shenitha Burton, Relief Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 7th day of February, 2011, I caused to be served via the Court's Electronic Notification or via First Class mail (**) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated February 7, 2011

to each of the following named individuals:

**Marie L Carr (**)**

7210 South Union

Chicago, Illinois 60621

*Debtor*


**David R Herzog**

Herzog & Schwartz PC

77 W Washington Suite 1717

Chicago, Illinois 60602
*Trustee*


**Patrick S Layng**

Office of the U.S. Trustee, Region 11

219 South Dearborn Street

Room 873

Chicago, Illinois 60604
*U.S. Trustee*


_____
Shenitha Burton
Relief Courtroom Deputy